■ FLORENCE GORDON et al., Plaintiffs, v. CITY OF NEW YORK, Respondent, and WOODSAM ASSOCIATES, INC., Appellant, et al., Defendants.— Order, entered on June 22, 1960, denying defendant-appellant's motion for an order, pursuant to section 50-h of the General Municipal Law, to direct the defendant-respondent to produce the transcript of the hearing held of the plaintiffs by the Comptroller of the City of New York, prior to the institution of this action, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ FLORENCE GORDON et al., Plaintiffs, v. CITY OF NEW YORK, Respondent, and MELVILLE SHOE CORPORATION et al., Appellants, et al., Defendant.— Order, entered on June 22, 1960, denying defendants-appellants' motion for an order, pursuant to section 50-h of the General Municipal Law, to direct the defendant-respondent to produce the transcript of the hearing held of the plaintiffs by the Comptroller of the City of New York, prior to the institution of this action, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ ARNOLD TROY et al., Individually and as Copartners Doing Business under the Name of EASTERN METAL PRODUCTS COMPANY, Appellants, v. LEVER BROTHERS CO., Respondent.— Order, entered on April 29, 1960, granting, in part, defendant's motion to quash, vacate and/or modify the subpœna duces tecum, dated April 21, 1960, served upon defendant, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Appeal from order entered on May 26, 1960, granting, in part, defendant's motion to quash, vacate and/or modify a notice to produce dated April 21, 1960, served upon the attorneys for the defendant, unanimously dismissed, without costs, solely on the ground that there is involved merely a trial court ruling which may be reviewed only on appeal from the final judgment. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ In the Matter of HENRY L. KRAUSHAR, Respondent-Appellant, v. JAMES J. COMERFORD, Individually and as a Justice of the Domestic Relations Court of the City of New York, et al., Respondents. SHOSHANA W. KRAUSHAR, Appellant-Respondent. In the Matter of HENRY L. KRAUSHAR, Respondent-Appellant, v. SHOSHANA W. KRAUSHAR, Appellant-Respondent.— Order entered on June 29, 1960, under Index No. 8340–1954, unanimously modified, on the law, on the facts, and in the exercise of discretion, to provide that the notice to be given under subdivision 1 (b) of the first ordering paragraph of the daughter's election to visit at the home of the petitioner on Sunday instead of Saturday, shall be given no later than 12 o'clock noon on the preceding Friday and order, entered on June 29, 1960, under Index No. 1644–1957, unanimously modified accordingly, and, as so modified, the orders are affirmed, without costs. Settle order on notice. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.